IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

**JIM SCRUGGS,**

      **Plaintiff,**

v.                                                                          Case No. 2:20-CV-00048

**CHW GROUP INC. and HOME WARRANTY ADMINISTRATORS, INC.,**

      **Defendants.**

### NOTICE OF DISMISSAL OF CLAIMS

Pursuant to Federal Rule of Civil Procedure 41(a), the Plaintiff, James Scruggs, by Counsel, hereby notices his dismissal of Plaintiff's claims against Defendant Home Warranty Administrators, Inc. Defendant Home Warranty Administrators, Inc. has not filed an answer or motion for summary judgment in this matter.

      Respectfully Submitted,
      JAMES SCRUGGS

      By:     /s/ Kevin Dillon

      Kevin A. Dillon (VSB # 93475)
      **CONSUMER LITIGATION ASSOCIATES, P.C.**
      626 E. Broad Street, Suite 300
      Richmond, VA 23219
      Telephone: (804) 905-9904
      Facsimile: (804) 905-9902
      Email: kevin@clalegal.com

      Craig C. Marchiando (VSB # 89736)
      **CONSUMER LITIGATION ASSOCIATES, P.C.**
      763 J. Clyde Morris Boulevard, Suite 1-A
      Newport News, Virginia 23601
      Telephone: (757) 930-3660

Facsimile: (757) 930-3662
Email: craig@clalegal.com