**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Norfolk Division**

**JIM SCRUGGS,**

      **Plaintiff,**

**v.**                                    **Case No. 2:20-CV-00048**

**CHW GROUP INC. and HOME WARRANTY**
**ADMINISTRATORS, INC.,**

      **Defendants.**

**PLAINTIFF'S STATUS REPORT REGARDING HOME WARRANTY**
**ADMINISTRATORS, INC.**

Pursuant to the Court's Notice dated April 30, 2020, Plaintiff hereby reports that he has

dismissed his claims against Home Warranty Administrators, Inc. without prejudice. Plaintiff

filed such dismissal on May 8, 2020. (ECF No. 11.)

                                  Respectfully Submitted,
                                  JAMES SCRUGGS

                                  By:     */s/ Kevin Dillon*

                                  Kevin A. Dillon (VSB # 93475)
                                  **CONSUMER LITIGATION ASSOCIATES, P.C.**
                                  626 E. Broad Street, Suite 300
                                  Richmond, VA 23219
                                  Telephone: (804) 905-9904
                                  Facsimile: (804) 905-9902
                                  Email: kevin@clalegal.com

                                  Craig C. Marchiando (VSB # 89736)
                                  **CONSUMER LITIGATION ASSOCIATES, P.C.**
                                  763 J. Clyde Morris Boulevard, Suite 1-A
                                  Newport News, Virginia 23601
                                  Telephone: (757) 930-3660
                                  Facsimile: (757) 930-3662
                                  Email: craig@clalegal.com

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 8th day of May, 2020, I caused a true and correct copy of the foregoing document to be filed using the Clerk of Court's CM/ECF system, which then caused a notice of electronic filing to be sent to all Counsel of Record.

By: _____ /s/ *Kevin Dillon* _____
Kevin A. Dillon (VSB # 93475)
**CONSUMER LITIGATION ASSOCIATES, P.C.**
626 E. Broad Street, Suite 300
Richmond, VA 23219
Telephone: (804) 905-9904
Facsimile: (804) 905-9902
Email: kevin@clalegal.com