UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

JIM SCRUGGS,

        Plaintiff,

v.                              Case No. 2:20cv48

CHW GROUP, INC.

        Defendant.

## REFERRAL ORDER

This matter comes before the court on Defendant CHW Group, Inc.'s, ("CHW") Motion to Dismiss for Failure to State a Claim and Motion to Dismiss for Lack of Jurisdiction, ECF No. 27, filed on July 14, 2020. Plaintiff Jim Scrugg's Response to CHW's Motions to Dismiss, ECF No. 32 was filed on August 11, 2020. CHW's Reply, ECF No. 33, was filed on August 31, 2020, and a Request for Hearing ECF No. 28, was filed on July 16, 2020.

Accordingly, pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b), it is **ORDERED** that United States Magistrate Judge Robert J. Krask is designated to conduct hearings, including evidentiary hearings, if necessary, and to submit to the undersigned district judge proposed findings of fact, if applicable, and recommendations for the disposition of the Motions to Dismiss.

The magistrate judge shall file his report of proposed findings and recommendations with the court, and the Clerk shall forthwith mail copies to counsel for the parties. Within fourteen (14) days after being served with a copy of the magistrate judge's report, any party may serve and file written objections to such proposed findings and recommendations as provided by 28 U.S.C. § 636(b), Federal Rule of Civil Procedure 72(b), and the Local Rules of this court. A party may respond to another party's objections within fourteen (14) days after being served with a copy.

The Clerk is **DIRECTED** to send a copy of this Referral Order to counsel for all parties.

IT IS SO **ORDERED**.

/s/
Rebecca Beach Smith
Senior United States District Judge

REBECCA BEACH SMITH
SENIOR UNITED STATES DISTRICT JUDGE

September 2, 2020