IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

**JIM SCRUGGS,**

      **Plaintiff,**

v.                                        Case No. 2:20-cv-00048-RBS-RJK

**CHW GROUP INC. and HOME
WARRANTY ADMINISTRATORS, INC.,**

      **Defendants.**

## NOTICE OF DISMISSAL OF CLAIMS

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Plaintiff, Jim Scruggs, by Counsel, hereby notices his dismissal of Plaintiff's claims against Defendant CHW Group Inc. This dismissal shall be without prejudice.

                                                      Respectfully Submitted,
                                                      JIM SCRUGGS

                                                      By:    */s/ Kevin Dillon*
                                                      Kevin A. Dillon (VSB # 93475)
                                                      CONSUMER LITIGATION ASSOCIATES, PC
                                                      626 E. Broad Street, Suite 300
                                                      Richmond, VA 23219
                                                      Telephone: 804-905-9904
                                                      Facsimile: 804-905-9902
                                                      Email: kevin@clalegal.com

                                                      Craig C. Marchiando (VSB # 89736)
                                                      CONSUMER LITIGATION ASSOCIATES, PC
                                                      763 J. Clyde Morris Blvd, #1a
                                                      Newport News, VA 23601
                                                      Telephone: 757-930-3660
                                                      Facsimile: 757-930-3662
                                                      Email: craig@clalegal.com

                                                      *Counsel for Plaintiff*